# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DESIREE ALIZE PABON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-4181

———————————————

August 21, 2024

Appeal from the County Court for Hillsborough County; Margaret R. Taylor, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.